# United States District Court
for

## EASTERN DISTRICT OF TEXAS

U. S. A. vs. Ketanbhai Gamanbhai Patel				Docket No. 2:06CR00016 - 1

**Petition to Authorize U.S. District Clerk to Release Defendant's Passport**

Defendant, Ketanbhai Gamanbhai Patel, was placed under pretrial release supervision by the Honorable John Love sitting in the court at Tyler, on the 8th day of August, 2006, under conditions of release including the condition that he surrender his passport.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant has completed his/her period of pretrial supervision by virtue of being sentenced to a term of probation/imprisonment and is no longer bound by the conditions of pretrial release.

PRAYING THAT THE COURT WILL ORDER the U.S. District Court to release defendant's passport that was surrendered on August 9, 2006.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this _8th_ day of _July_, _2009_ and ordered filed and made a part of the records in the above case. | Lora Savoie, U.S. Probation Officer |
| U. S. Magistrate Judge | Place: Tyler, Texas |
|  | Date: July 8, 2009 |